SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>        Plaintiff,<br><br>   vs.<br><br>General Plumbing Supply<br><br>Company, Inc., et al<br><br>        Defendants | Case No. **2:10-cv-03451-KJM-GGH**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL MAY 13, 2011 FOR DEFENDANTS GENERAL PLUMBING SUPPLY COMPANY, INC. INDIVIDUALLY AND D/B/A GENERAL PLUMBING SUPPLY CO; RICHARD P. AMARO; EVELYN J. AMARO TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, General Plumbing Supply Company, Inc. Individually and d/b/a General Plumbing Supply Co; Richard P. Amaro; Evelyn J. Amaro, by and through their respective attorneys of record, Scott N. Johnson; Alan J. Wilhelmy, stipulate as follows:

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendants General Plumbing Supply Company, Inc. Individually and d/b/a General Plumbing Supply Co; Richard P. Amaro; Evelyn J. Amaro until April 29, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants General Plumbing Supply Company, Inc. Individually and d/b/a General Plumbing Supply Co; Richard P. Amaro; Evelyn J. Amaro are granted an extension until May 13, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants General Plumbing Supply Company, Inc. Individually and d/b/a General Plumbing Supply Co; Richard P. Amaro; Evelyn J. Amaro response will be due no later than May 13, 2011.

IT IS SO STIPULATED effective as of April 26, 2011

Dated:  April 26, 2011                  /s/Alan J. Wilhelmy
                                        Alan J. Wilhelmy,
                                        Attorney for Defendants

General Plumbing Supply Company, Inc. Individually and d/b/a General Plumbing Supply Co; Richard P. Amaro; Evelyn J. Amaro

Dated:  April 26, 2011          /s/Scott N. Johnson

Scott N. Johnson,

Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendants General Plumbing Supply Company, Inc. Individually and d/b/a General Plumbing Supply Co; Richard P. Amaro; Evelyn J. Amaro shall have until May 13, 2011 to respond to complaint.

Dated:  May 13, 2011.

UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: EXTENSION OF TIME - 3